[No. 64605-2-I.   Division One.   August 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BERTRAN D. CALCOTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05176-3, Michael Hayden, J., entered December 14, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 64997-3-I.   Division One.   August 8, 2011.]

NEIL J. ARNTZ ET AL., *Respondents*, v. LUZ VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-16647-3, Laura Gene Middaugh, J., entered February 1, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Spearman, JJ.

[No. 65125-1-I.   Division One.   August 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON HENRY O'GRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-01338-4, Steven J. Mura, J., entered March 17, 2010. *Reversed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Spearman, JJ.

[No. 65208-7-I.   Division One.   August 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BAYANI JOHN MANDANAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-03922-8, Gregory P. Canova, J., entered March 29, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Becker, J.